

*original*

**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CANER DEMIRAYAK,

                Plaintiff,

      -against-

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CITYWIDE ADMINISTRATIVE
SERVICES, LISETTE CAMILO, RICK D.
CHANDLER P.E., IRA GLUCKMAN RA, NEW
YORK CITY DEPARTMENT OF BUILDINGS,
STATE OF NEW YORK, OFFICE OF COURT
ADMINISTRATION, & HON. RONALD YOUNKINS,

                Defendants.
-------------------------------------------------------------X

Civil Action No.: CV17-5205
(WFK)(RER)
*Pro se* case

Filing Date: 9/5/17

**NOTICE OF MOTION
FOR A PRELIMINARY
INJUNCTION AND FOR
A TEMPORARY
RESTRAINING ORDER**

COUNSELORS:

    PLEASE TAKE NOTICE, that upon the annexed affidavit of plaintiff *pro se*, **CANER DEMIRAYAK, ESQ.,** duly sworn to on October 27, 2017, and upon the Complaint, Amended Complaint, the Exhibits annexed hereto, and the Memorandum of law, plaintiff will move this court, before District Court Judge, the Honorable William F. Kuntz, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201 on the **29th Day of November, 2017 at 9:30 in the forenoon of that day**, for an Order:

    i. Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure (FRCP) requiring the government to remove all false accessibility signs and to install new, correct signage;

    ii. Pursuant to FRCP 65(a) & (b) requiring the government to keep the only 3 barely accessible bathrooms on the second, fifth, and seventh floor in working order;

    iii. Pursuant to FRCP 65(a) requiring the government to purchase and install temporary portable ramps and lifts for use in the jury coordinating part, law library, and fourth and fifth floor staircases;

iv. Pursuant to FRCP 65(a) and in accordance with 28 CFR § 35.150(d) compelling the government to submit a plan/design for removing all architectural barriers, as stated herein, within 120 days;

v. Pursuant to FRCP 65(b) restraining the government and any agent/employee thereof from taking any retaliatory action against the plaintiff in response to his filing of this suit, including but not limited to, any attempts to circumvent the random assignment of judges, or issuing unfavorable rulings/decisions in an attempt to discriminate on the basis of disability; and

vi. For other and further relief that this court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, in accordance with Rule 6.1(b) of the Local Rules of the Eastern District of New York, any opposing affidavits or answering memoranda of law are to be filed within 14 days of service of the instant motion papers.

DATED: Massapequa, New York
October 27, 2017

RESPECTFULLY SUBMITTED,

Caner Demirayak, Esq.
Plaintiff *Pro Se*
15 Sheep Pasture Lane
Massapequa, New York 11758
cjohnd@me.com
516-765-0570

TO:
Agnetha Elizabeth Jacob, Esq.
NYC Law Department
100 Church Street
New York, New York, 10007
212-356-0881

Carly Weinreb, Esq.
New York State Office of the Attorney General
120 Broadway
New York, New York 10271
212-416-8577

John Joseph Sullivan, Esq.
Assistant Deputy Counsel
NYS Office of Court Administration
Agency Building 4, 20th Floor
Empire State Plaza
Albany, New York 12223
518-474-7469