FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 27 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CANER DEMIRAYAK,

             Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CITYWIDE ADMINISTRATIVE
SERVICES, LISETTE CAMILO, RICK D.
CHANDLER P.E., IRA GLUCKMAN RA, NEW
YORK CITY DEPARTMENT OF BUILDINGS,
STATE OF NEW YORK, OFFICE OF COURT
ADMINISTRATION, & BARRY CLARKE,

             Defendants.
------------------------------------------------------------------X

Civil Action No.: 17-CV-5205 (WFK) (RER)

Judge: William F. Kuntz, II

Magistrate Judge: Ramon E. Reyes, Jr.

**ORDER AMENDING CAPTION**

    It is hereby **ORDERED** that pursuant to Federal Rule of Civil Procedure 25(d), the caption of this matter be amended to formally reflect the automatic substitution of JOHN W. MCCONNELL into this action as a party defendant solely in his official capacity in place of BARRY CLARKE, as JOHN W. MCCONNELL succeeded to the former responsibilities and duties of BARRY CLARKE upon MCCONNELL'S appointment to the position of Executive Director of the New York State Office of Court Administration on October 8, 2019, following BARRY CLARKE'S retirement on September 30, 2019.

    The Clerk of the Court is directed to amend the caption of this matter forthwith.

**SO ORDERED:**

s/William F. Kuntz, II
Hon. William F. Kuntz, II, U.S.D.J.
Dated: November 27, 2019